NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOROTHY BURKS (THOMAS),**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3115

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-12-0577-I-1.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service (USPS) moves for a 12-day extension of time, until July 29, 2014, to file its principal brief. The USPS indicates that the petitioner opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                               BURKS (THOMAS) v. USPS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27